UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HECTOR PORTO MENDEZ            CIVIL ACTION NO. _____

VERSUS

VARGAS, LLC and
CARLOS VARGAS

**COMPLAINT**

Plaintiff, Hector Porto Mendez, a resident of the age of majority residing in the Parish of East Baton Rouge, State of Louisiana, brings this complaint against Vargas, LLC and Carlos Vargas, stating the following:

### *Defendants*

1.

Made defendant herein are:

(a) Vargas, LLC, a limited liability company organized under the laws of the State of Louisiana, domiciled and having its principal place of business in East Baton Rouge Parish, Louisiana; and

(b) Carlos Vargas, a natural person of the age of majority residing, upon information and belief, in East Baton Rouge Parish, Louisiana.

### *Jurisdiction and Venue*

2.

The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331.

3.

Plaintiff files this action pursuant to the Fair Labor Standards Act (29 U.S.C. § 201, *et seq.*).

4.

The great majority of the facts giving rise to this cause of action occurred within the parish of East Baton Rouge, Louisiana.

*Plaintiff*

5.

Plaintiff Hector Porto Mendez was employed by Vargas, LLC as a painter for about 7 months during 2015, and again from approximately September 2016 through January 2017.

6.

Plaintiff regularly and customarily worked in excess of 40 hours per week – he estimates he worked an average of 48 to 54 hours per week – and he was not paid overtime wages as required by the Fair Labor Standards Act. He was paid his regular hourly rate, regardless of the number of hours he worked.

7.

Plaintiff was a non-exempt employee of the defendants under the Fair Labor Standards Act. His duties consisted of providing manual labor (painting) in connection with construction projects on which Vargas, LLC was contracted to perform work. Vargas, LLC directed the time, method, and manner of the plaintiff's work duties.

8.

Upon information and belief, defendant Carlos Vargas is a member as well as a manager of Vargas, LLC, and he devised the system whereby Vargas failed to pay overtime to the plaintiff. He is therefore also the "employer" of the plaintiff as that term is defined by the FLSA and is personally liable to plaintiff under the FLSA.

9.

Under the Fair Labor Standards Act, plaintiff is entitled to payment of additional wages at the rate of one and one-half times the rate of his regular pay for all hours worked in excess of forty hours per week throughout the duration of his employment.

10.

The defendants knowingly and willfully violated the FLSA. Plaintiff is therefore also entitled to recover from defendants an equal sum as liquidated damages, together with reasonable attorney fees, legal interest, costs, as well as to such equitable relief as may be appropriate to effectuate the purposes of the Fair Labor Standards Act.

**WHEREFORE,** plaintiff prays that there be service and citation upon the defendants, and that after all legal delays and proceedings that there be a judgment rendered in favor of the plaintiff and against the defendants, Vargas, LLC and Carlos Vargas, for accumulated wages at the overtime rate as required by law, and an equal sum as liquidated damages, reasonable attorneys fees, interest on all sums due and owing from the date of judicial demand until paid, and for all costs of this proceeding.

Respectfully Submitted:

ESTES DAVIS LAW, LLC

/S Daniel B. Davis
Daniel B. Davis (La. Bar Roll No. 30141)
Randall E. Estes (Bar Roll No. 22359)
850 North Boulevard
Baton Rouge, LA 70802
Telephone: (225) 336-3394
Facsimile: (225) 384-5419
email: dan@estesdavislaw.com
*Attorneys for Plaintiff*